Daniel Turinsky (dturinsky@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Defendant
Havas Edge, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x
ACCURATE ABSTRACTS, LLC,                  :
                                          :
                                          :      Case No. 2:14-cv-01994-KM-MAH
                     Plaintiff,           :
          - against -                     :
                                          :      **NOTICE OF APPEARANCE**
                                          :
                                          :
HAVAS EDGE, LLC,                          :
                                          :
                                          :
                     Defendant.           :
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for Defendant Havas Edge, LLC, in this action.

Dated:  New York, New York
        April 17, 2014

                              KASOWITZ, BENSON, TORRES
                              & FRIEDMAN LLP

                              /s/ Daniel Turinsky
                              Daniel Turinsky
                              dturinsky@kasowitz.com

                              1633 Broadway
                              New York, New York 10019
                              (212) 506-1700