# PRICE, MEESE, SHULMAN & D'ARMINIO

A PROFESSIONAL CORPORATION

MACK-CALI CORPORATE CENTER
50 TICE BOULEVARD, SUITE 380
WOODCLIFF LAKE
NEW JERSEY 07677

TELEPHONE (201) 391-3737
FACSIMILE (201) 391-9360

---

GREGORY D. MEESE
NJ, NY BARS

GAIL L. PRICE
NJ, NY, DC BARS

FREDERIC M. SHULMAN
NJ, NY, DC BARS

LOUIS L. D'ARMINIO
NJ, NY, PA BARS

JOHN R. EDWARDS, JR.
NJ, NY BARS

MICHAEL K. BREEN
NJ, NY BARS

PAUL A. CONCIATORI
NJ, NY BARS
LEED AP

---

OF COUNSEL

RICHARD M. FRICKE
NJ, NY, DC BARS

DAVID J. REICH
NJ, NY BARS

THERESA N. MAGUIRE
NY BAR

MARK W. GREENE
NJ, NY, PA BARS

KAREN F. EDLER
NJ BAR

MICHAEL A. OROZCO
NJ, NY BARS

DOROTHY A. KOWAL
NJ BAR

REGINALD JENKINS, JR.
NJ BAR

JENNIFER M. KNARICH
NJ, NY, CT BARS

KATHRYN J. RAZIN
NJ, NY, DC BARS

PHILIP TAKACS-SENSKE
NJ, FL BARS

TERENCE STEED
NJ, NY BARS

---

Additional Office:
4 WEST RED OAK LANE
SUITE 302
WHITE PLAINS
NEW YORK 10604
TELEPHONE (914) 251-1618
FACSIMILE (914) 251-1230
www.pricemeese.com



May 20, 2014

**VIA ELECTRONIC FILING**

Hon. Kevin McNulty
United States District Judge
U.S. Post Office and Courthouse
Room 417
Federal Square
Judge McNulty
Newark, N.J. 07102

Re:  Accurate Abstracts, LLC v. Havas Edge, LLC
     Civil Action No. 2:14-cv-01994 (KM) (MAH)

Dear Judge McNulty:

Our firm represents Plaintiff Accurate Abstracts, LLC. This letter is respectfully submitted to request an adjournment of the return date of the pending motion to dismiss. Opposing counsel consents to this request.

The original motion return day was June 2, 2014. We subsequently obtained an automatic extension to the following motion day, June 16, 2014, by letter submitted pursuant to Local Civil Rule 7.1 (d) (5). We are now requesting an adjournment to the next available motion day, July 7, 2014.

In the event our request is granted we have agreed that our responsive papers shall be due by June 16, 2014. Opposing counsel's reply papers would be due on June 30, 2014.

The reason for this request is that I need to give the responsive papers the attention they require, have run into a time crunch due to the press of other business and have family commitments this upcoming Memorial Day weekend and the following weekend, which is my anniversary.

Opposing counsel has indicated his consent below. If the requested adjournment meets with your approval, please enter an Order granting the request.

Hon. Kevin McNulty
May 20, 2014
Page 2

PRICE, MEESE, SHULMAN & D'ARMINIO
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

Thank you for your attention and consideration.

Very truly yours,

Price, Meese, Shulman & D'Arminio, P.C.

By: _____
David J. Reich

We hereby consent to the above

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Attorneys for Defendant

By: _____
Daniel Turinsky, Esq.