Daniel Turinsky (daniel.turinsky@dlapiper.com)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Attorneys for Defendant*
*Havas Edge, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------- X
:
ACCURATE ABSTRACTS, LLC,                 :
:
      Plaintiff,                 :   Case No. 2:14-cv-01994-KM-MAH
:
  -against-                             :   **NOTICE OF CHANGE OF LAW FIRM**
:   **AFFILIATION**
HAVAS EDGE, LLC                          :
:
      Defendant.                 :
:
---------------------------------------- X

     PLEASE TAKE NOTICE that, effective January 26, 2015, Daniel Turinsky, counsel for defendant Havas Edge, LLC, changed law firms.  Effective January 26, 2015, Daniel Turinsky should be served at DLA Piper LLP (US), as indicated below:

               DLA Piper LLP (US)
               1251 Avenue of the Americas
               New York, NY 10020
               Tel. (212) 335-4500
               daniel.turinsky@dlapiper.com

Dated: February 3, 2015

**DLA Piper LLP (US)**


By: /s/ Daniel Turinsky_____
    Daniel Turinsky
    1251 Avenue of the Americas
    New York, New York 10020
    Tel. (212) 335-4500
    daniel.turinsky@dlapiper.com

*Attorneys for Defendant*
*Havas Edge, LLC*