

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Daniel Turinsky
daniel.turinsky@dlapiper.com
T  212.335.4566
F  917.778.8631

October 27, 2015
*VIA ECF*

Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court
 for the District of New Jersey
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  Accurate Abstracts, LLC v. Havas Edge, LLC
     Civil Action No. 2:14-cv-01994 (KM)(MAH)

Dear Magistrate Judge Hammer:

We represent defendant Havas Edge, LLC ("Defendant") in the above-referenced matter. We submit this letter application to request a fourteen (14) day extension of time, through and including November 11, 2015, for Defendant to respond to the Amended Complaint of plaintiff Accurate Abstracts, LLC ("Plaintiff"). One prior request for an extension, via an application for a Clerk's Order pursuant to Local Civil Rule 6.1(b), was made on July 22, 2014. The extension is necessary to provide us with additional time to evaluate the allegations of the Amended Complaint, confer with our client regarding the response to the Amended Complaint and finalize Defendant's anticipated counterclaim against Plaintiff for breach of contract. Plaintiff's counsel has consented to our request.

Accordingly, we respectfully request that Your Honor sign the proposed order submitted herewith granting Defendant's application for additional time to respond to the Amended Complaint, through and including November 11, 2015.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**DLA Piper LLP (US)**

Daniel Turinsky
Partner

cc:  Anthony Ambrosio, Esq. (via e-mail and ECF)

*[Handwritten note:]* Defendants' answer filed on November 5, 2015 (D.E. 30) is Accepted As Having Been Timely Filed For The Reasons Set Forth Above And For Good Cause Shown. So Ordered.

*[Signed]* Michael A. Hammer, USMJ   11/9/2015