UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ACCURATE ABSTRACTS, LLC, | : | |
| Plaintiff, | : | Civ. Action No. 14-1994 (KM) |
| v. | : | |
| HAVAS EDGE, LLC, | : | ORDER |
| Defendant. | : | |

This matter having come before the Court upon a Scheduling Conference held on January 21, 2016, and also before the Court are Defendant's motions for fees and costs and for default judgment, D.E. 36 and 39; and for good cause having been shown,

**IT IS** on this 26th day of January, 2016,

**ORDERED** that Defendant's motion for fees and costs [D.E. 36] is administratively terminated without prejudice to Defendant's right to refile should the parties be unable to amicably resolve this motion; and it is further

**ORDERED** that by **February 21, 2016** Plaintiff may move to vacate the entry of default entered against it on December 15, 2015; and it is further

**ORDERED** that Defendant's motion for default judgment [D.E. 39] is denied without prejudice to Defendant's right to refile should the parties be unable to amicably resolve the entry of default.

*s/ Michael A. Hammer*
**United States Magistrate Judge**