

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Daniel Turinsky
daniel.turinsky@dlapiper.com
T  212.335.4566
F  917.778.8631

April 6, 2017
*VIA ECF*

Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court
 for the District of New Jersey
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    **Accurate Abstracts, LLC v. Havas Edge, LLC**
            **Civil Action No. 2:14-cv-01994 (KM)(MAH)**

Dear Magistrate Judge Hammer:

We represent defendant Havas Edge, LLC ("Defendant") in the above-referenced matter.  We write to request an adjournment of the deadline for filing motions for summary judgment, currently set for April 21, 2017, pending the Court's determination of Defendant's **unopposed** Motion to Strike the Amended Expert Report of Rick Dove.  (ECF No. 59).  We believe clarity is needed concerning the admissibility of Mr. Dove's proposed amended report before summary judgment motions are filed to avoid unnecessary confusion inasmuch as Plaintiff's reliance on such proposed amended report could have a material impact on the substance of the summary judgment briefing by the parties.  Alternatively, since Plaintiff has filed no opposition to Defendant's above-referenced Motion, the Court could moot this request by simply granting Defendant's Motion to Strike.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**DLA Piper LLP (US)**

Daniel Turinsky
Partner

cc:    Anthony Ambrosio, Esq. (via ECF)